JS - 6

**FILED: 4/11/13**

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| *Baltazar Mendez,* | **CASE NO. CV 12-5652-GHK (DTBx)** |
| **Plaintiff,** | **JUDGMENT** |
| **v.** | |
| *H.J. Heinz Company, L.P., et al.,* | |
| **Defendants.** | |

Pursuant to the Court's April 11, 2013 Order, IT IS HEREBY ADJUDGED that Plaintiff Baltazar Mendez's claims against Defendants H.J. Heinz Company, L.P., H.J. Heinz Company, and H.J. Heinz Operating Partnership are **DISMISSED without prejudice.**

**IT IS SO ORDERED**.

DATED: April 11, 2013

_____

GEORGE H. KING
Chief United States District Judge